UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY SURBER, #21030442, | § |
| *Plaintiff,* | § § § |
| v. | §   No. 3:21-CV-2885-X-BH |
| DALLAS COUNTY SHERIFF'S OFFICE, et al., | § § § § |
| *Defendants.* | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 24]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The case will be **DISMISSED WITHOUT PREJUDICE** by separate judgment for failure to prosecute or follow court orders.

**IT IS SO ORDERED** this 15th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1